IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
06 MAR -8 PM 4: 30
CLERK S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

UNITED STATES OF AMERICA,
Plaintiff,

v.

LUIS ILLAS-PELLOT,
Defendant.

Criminal No. 99-305 (DRD)

## MOTION REQUESTING EARLY TERMINATION
## OF SUPERVISED RELEASE

TO THE HON. DANIEL R. DOMINGUEZ
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

**COMES NOW** the defendant, Luis Illas-Pellot, pro se and before this Honorable Court respectfully states and prays:

1.     On June 15, 2001, I was sentenced to serve a term of sixty (60) months of imprisonment, followed by a term of supervised release of four (4) years for violation to Title 21 United States Code §§ 846.

2.     I was released from custody and began serving my four (4) year term of supervision on March 15, 2004.

3.     During my supervision, I have complied with all conditions imposed.    My supervision ends on March 14, 2008.  I have already completed over one (1) year of my term.

4.     By way of this motion, I am hereby requesting this Honorable Court to direct the U.S. Probation Office their input as to this matter.

United States of America v.                    Crim. No. 99-305 (DRD)
Luis Illas-Pellot                              Page 2

     5.     Title 18 United States Code § 3583(e)(1) provides for early termination of supervised

release.  Said subsection allows the court to "terminate a term of supervised release and discharge

the defendant released at any time after the expiration of **one year** of supervised release... if it is

satisfied that such action is warranted by the conduct of the defendant released and in the interest of

justice."

     6.     I request that the Federal Public Defender's Office be appointed to assist me in this

process.

     **WHEREFORE**, it is respectfully requested from this Honorable Court that, in the interest

of justice, it grant the instant Motion and terminate my supervision.

     **RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 8th of March, 2006.

LUIS ILLAS-PELLOT
**Pro Se**
Urbanización Esteves
Box 7055 Carr. José De Jesús
Aguadilla, PR 00603
Tel. (787) 526-7213

United States of America v.
Luis Illas-Pellot

Crim. No. 99-305 (DRD)
Page 3

## CERTIFICATE OF SERVICE

On this same date, I served a copy of the foregoing **MOTION** on counsel for the government

U.S. Attorney H.S. García and to U.S. Probation Office by delivering it to their respective offices.

In San Juan, Puerto Rico, this 8th of March, 2006.

Luis Illas-Pellot
Pro Se