AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE            DISTRICT OF            PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
| v. | CASE NUMBER: 99-305(DRD) |

**[6] LUIS ILLAS-PELLOT**

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

| | |
|---|---|
| _15 March 2006_ | /s/ George A. Massucco-LaTaif |
| Date | Signature |
| | George A. Massucco-LaTaif |
| | Print Name |
| | 350 Torre Chardon, Suite 1201 |
| | Address |
| | Hato Rey, Puerto Rico 00918 |
| | City |
| | (787) 766-5656 |
| | Phone Number |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system.

In San Juan, Puerto Rico, this 15th day of March 2006.