IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA

vs.                                              CASE NO. 3:99-CR-00305-006 (DRD)

LUIS ILLAS-PELLOT
* * * * * * * * * * * * * * * * * * * * * * * * *

MOTION IN RESPONSE TO COURT ORDER DATED NOVEMBER 7, 2007

TO THE HONORABLE DANIEL R. DOMINGUEZ
UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO:

**COMES NOW**, **Benjamín Bonilla-López, United States Probation Officer** of this Honorable Court respectfully informs and prays the following:

1) On June 15, 2001, the offender was sentenced by Your Honor, to a sixty (60) months imprisonment term to be followed by a four (4) year term of supervised release, after he plead guilty of violating Title 21, United States Code, § 846. Mr. Illas-Pellot was further ordered to submit to urinalyses and to pay a special monetary assessment of one hundred ($100) dollars. The offender was released on March 15, 2004, at which time the supervision term began.

2) Mr. Illas-Pellot has completed forty-four (44) of the forty-eight (48) months of his supervision term. Since the onset of supervision, the offender has been cooperative and has displayed a positive attitude toward the supervision process. He has complied with all Court-imposed conditions. All drug testing conducted to the offender have yielded negative results to illegal drug use. On March 12, 2002, the special monetary assessment was paid in full. On February 15, 2006, the offender provided his DNA as required by law.

3) Mr. Torres-Roldan is entitled to an early termination pursuant to Title 18, United States Code, § 3564 (c) &3583 (e)(1). Given his excellent adjustment towards the supervision process, the fact that he has only four (4) months until his original expiration date, and that all of the supervision goals have been attained, we strongly believe that his petition should be granted.

4)      Therefore, since Mr. Torres-Roldan has displayed a satisfactory adjustment while on supervision, the United States Probation Office is recommending that the offender's case be terminated at this time.

**WHEREFORE**, I declare under penalty of perjury that the foregoing is true and correct, and after having considered all presented facts in this case, it is our office recommendation that the offender's petition of early termination be granted.

In San Juan, Puerto Rico, this 9th day of November 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/ Benjamin Bonilla
Benjamín Bonilla
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
Tel.787-281-4982
Fax.787-766-5945
Benjamin_Bonilla@prp.uscourts.gov

CERTIFICATE OF SERVICE

I HEREBY certify that on November 9, 2007, I filed the foregoing motion with the Clerk of the Court and a paper copy of the same was sent to the following: Jose Ruiz, Assistant U.S. Attorney.

In San Juan, Puerto Rico, this 9th day of November 2007.

s/ Benjamin Bonilla
Benjamin Bonilla
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
Tel.787-281-4982
Fax.787-766-5945
Benjamin_Bonilla@prp.uscourts.gov